UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARKIRAT SINGH,

                  Petitioner,

  v.

U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,

                  Respondents.

Case No. C20-844-RAJ-MLP

ORDER GRANTING UNOPPOSED MOTION TO SUBMIT LATE OPPOSITION

      Petitioner's unopposed motion to submit a late opposition to the Government's return memorandum and motion to dismiss (dkt. # 8) is GRANTED. The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

      Dated this 4th day of August, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION TO
SUBMIT LATE OPPOSITION - 1