UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARKIRAT SINGH,<br><br>                Petitioner,<br><br>    v.<br><br>U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,<br><br>                Respondents. | Case No. C20-844-RAJ-MLP<br><br>REPORT AND RECOMMENDATION |

On July 9, 2020, the Government moved to dismiss the instant immigration habeas action with prejudice. (Dkt. # 4.) In response, Petitioner asked to voluntarily dismiss the action without prejudice and without an award of costs or fees to either party. (Dkt. # 9.) The Government has indicated that it does not object to Petitioner's request. (Dkt. # 10.) Accordingly, the Court recommends that Petitioner's request for voluntary dismissal without prejudice and without an award of costs and fees (dkt. # 9) be GRANTED, the Government's motion to dismiss (dkt. # 4) be DENIED as moot, and this action be DISMISSED without prejudice and without an award of costs or fees to either party. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and

REPORT AND RECOMMENDATION - 1

Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on August 28, 2020.

Dated this 12th day of August, 2020.

*/s/ MJPeterson*

MICHELLE L. PETERSON
United States Magistrate Judge