UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARKIRAT SINGH,<br><br>               Petitioner,<br><br>       v.<br><br>U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,<br><br>               Respondents. | Case No. C20-844-RAJ-MLP<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)   The Court ADOPTS the Report and Recommendation.

(2)   Petitioner's request to voluntarily dismiss this action without prejudice and without an award of costs or fees to either party (dkt. # 9) is GRANTED.

(3)   The Government's motion to dismiss (dkt. # 4) is DENIED as moot.

(4)   This action is DISMISSED without prejudice and without an award of costs or fees to either party.

ORDER OF DISMISSAL - 1

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 2nd day of September, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge